**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/18/21
```

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Valeria Ruth HaCohen et al.**, S1 20 Cr. 648 (ALC)

Dear Judge Carter:

    The Government respectfully submits this letter to request that the Court fix August 25, 2021, at 11:00 a.m. for the arraignment and initial pre-trial conference in the above-captioned matter, in which a grand jury sitting in this District recently returned a superseding indictment. If the Court grants the Government's request, the Government further requests that time be excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from August 10, 2021, until August 25, 2021 (or any date set for the conference) in order to allow the Government to begin provisioning discovery, for the parties to continue to discuss potential pretrial dispositions in this case, to for defense counsel to begin to consider the need for any potential pretrial motions. The defendant, through counsel, has consented to the exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

    by: _____
    Michael D. Lockard
    Matthew J.C. Hellman
    Assistant United States Attorneys
    (212) 637-2193/ -2278

cc:   Counsel of record (by ECF)

The application is **GRANTED.** Telephone arraignment set for 8/25/21 at 11 a.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.
Time excluded.
So Ordered.

*[signature]* 8/18/21