**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/28/23__

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

ERNEST EDWARD BADWAY
Direct No: 212.878.7986
Email: EBadway@FoxRothschild.com

June 21, 2023

**VIA ECF**
The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:  *United States of America v. Valeria Ruth HaCohen,*
>      **Case No. 1:20-cr-00648-ALC**

Dear Judge Carter:

    We represent the defendant, Valeria Ruth HaCohen, in the above-referenced matter. We write to request a modification of the conditions of Ms. HaCohen's release to permit her to travel to Israel from August 12, 2023 through September 3, 2023.

    The reason for this request is that Ms. HaCohen's ex-husband, the father of her children, currently lives in Israel. Ms. HaCohen seeks permission to travel to Israel with her children so her children can visit their father. Ms. HaCohen is required to share custody of the children with her ex-husband, and the children are required to be accompanied by an adult on this type of international travel. Under the current conditions of release, such travel is not permitted without leave of Court. Copies of the airline booking confirmations are attached hereto as Exhibit A.

    If the Court approves this request, Ms. HaCohen would timely provide her flight details, trip itinerary, and any other information the Court or the Office of Pretrial Services might need regarding her travel plans. The Office of Pretrial Services and the United States Attorney's Office for the Southern District of New York have indicated they take no position regarding this request.

    We are most grateful for the Court's consideration of this request, and are available to answer any questions or discuss this matter with the Court in further detail.

Respectfully submitted,
*/s/ Ernest Edward Badway*
Ernest Edward Badway

Enclosure(s)
cc:   All Counsel (via ECF)

The application is **GRANTED**.
So Ordered.

*[Signed] Andrew L. Carter*   6/28/23