UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

        -against-

VALERIA RUTH HACOHEN,

                      Defendant.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-7-23

20-CR-648 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Telephone Status Conference is set for **December 12, 2023** at **4:00 p.m.** All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Members of the public and press may attend the telephonic conference by dialing the same number.

**SO ORDERED.**

Dated:    New York, New York
             December 7, 2023

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**