```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12.21.23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   Docket #1:20-cr-00648-ALC
       -against-                    :
                                    :   ORDER
Valeria Hacohen                     :
                                    :
           Defendant                :
                                    :
------------------------------------X

Andrew L. Carter, Jr., United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of drug testing and treatment as directed.

Dated: New York, New York
       December 21, 2023

                        SO ORDERED:

                        _____
                        Andrew L. Carter, Jr.
                        United States District Judge