UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: 
UNITED STATES OF AMERICA, :
:
Plaintiff, :
: 1:20-cr-00648 (ALC)
-against- :
: ORDER
VALERIA RUTH HACOHEN, :
:
Defendant. :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On February 21, 2025, Defendant Hacohen requested a modification of her bail conditions. ECF No. 165. The Government shall file a letter indicating its position on the request by March 14, 2025.

**SO ORDERED.**

**Dated:   March 11, 2025**
           New York, New York

                                                           ANDREW L. CARTER, JR.
                                                           United States District Judge