**MEMO ENDORSED**

# THOMPSON HINE

ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   NEW YORK
CHICAGO   CLEVELAND   DAYTON   MINNEAPOLIS   WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/8/25

July 2, 2025

**VIA ECF**

The Honorable Andrew L. Carter Jr., U.S.D.J.
United States District Judge
United States District Court
 for the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

   Re: **United States of America v. Yu, et al., 20-cr-00648-ALC**

Dear Judge Carter:

  We represent defendant Ruth Hacohen in the above referenced matter. The parties have conferred, and we need extra time for both the submission of a status report and for the status conference to further discuss the issues and scheduling with our respective clients. The parties are proposing an additional 2 weeks for both events, that is, the status report would be due on July 15, 2025 and the status conference would be held on July 24, 2024. The defendants also consent to the exclusion of time through the rescheduled conference date for the purposes of the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161–3174. We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Ernest Edward Badway/*

Ernest Edward Badway

cc: All Counsel (via ECF)

The entire application is **GRANTED**. The parties shall file a status report on 7/15/25. The status conference is adjourned to 7/24/25 at 4:00 p.m. Time excluded from 7/8/25 to 7/24/25 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter Jr./* 7/8/25

Ernest.Badway@ThompsonHine.com  Fax: 212.344.6101  Phone: 212.908.3932

THOMPSON HINE LLP  300 Madison Avenue, 27th Floor  www.ThompsonHine.com
ATTORNEYS AT LAW  New York, New York 10017-6232  O: 212.344.5680
 F: 212.344.6101