USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: 9/22/25

**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
-------------------------------------------------------X  
UNITED STATES OF AMERICA,

20 Cr. 648 (ALC)

**ORDER**

-against-

VALERIA RUTH HACOHEN,

-------------------------------------------------------X  
ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **October 16, 2025**, at **2:00 p.m.**

SO ORDERED.

Dated: New York, New York  
       September 22, 2025

_____  
ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE