**MEMO ENDORSED**



ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   WASHINGTON, D.C.
CHICAGO   CLEVELAND   DAYTON   NEW YORK

October 3, 2025

**VIA ECF**

The Honorable Andrew L. Carter Jr., U.S.D.J.
United States District Judge
United States District Court
for the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/9/25
```

      Re: **United States of America v. Yu, et al.**, 20-cr-00648-ALC

Dear Judge Carter:

      We represent defendant Valeria Ruth Hacohen ("Hacohen") in the above-referenced matter. We now write to this Court to request a modification of Ms. Hacohen's bail conditions permitting Ms. Hacohen to travel to Mexico and Israel so she could take her children for a bat mitzvah between October 30, 2025 through November 4, 2025, and to Israel from December 18, 2025 through January 11, 2026, as part of her divorce agreement with her former husband so they can be with their father during the school recess. (Dkt.4).

      Ms. Hacohen was able to secure airline tickets for her and her family whereby she would depart from the United States on October 30, 2025 and returning on November 4, 2025 for the religious event in Mexico, while leaving the United States for Israel on December 18, 2025 and returning on January 11, 2026. Thus, we would request permission from the Court to modify bail conditions to permit both travel dates.

      We notified the United States Attorney's Office for the Southern District of New York and United States Pretrial Services on or about September 29, 2025, of this request. I was informed by both the United States Pretrial Services that it deferred to the Government, and the United States Attorney's Office for the Southern District of New York that they take no position as to this request.

      We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Ernest Edward Badway*

Ernest Edward Badway

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
10/9/25

cc: All Counsel (via ECF)

Ernest.Badway@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3932

THOMPSON HINE LLP
ATTORNEYS AT LAW

300 Madison Avenue, 27th Floor
New York, New York 10017-6232

www.ThompsonHine.com
O: 212.344.5680
F: 212.344.6101